[No. 6412–1.   Division One.   May 21, 1979.]

THE STATE OF WASHINGTON, *Respondent,* v. OTIS DONALD DEDRICK, *Appellant.*

THE STATE OF WASHINGTON, *Respondent,* v. OTIS DONALD DEDRICK, *Defendant,* MARCUS LESTER HAWKINS, *Appellant.*

Appeal from a judgment of the Superior Court for King County, No. 84046, Jack P. Scholfield, J., entered March 7, 1978. *Affirmed in part* and *remanded* by unpublished opinion per James, J., concurred in by Farris and Ringold, JJ.

[No. 6467–1.   Division One.   May 21, 1979.]

THE STATE OF WASHINGTON, *Respondent,* v. MICHAEL KEITH PHELPS, *Appellant.*

Appeal from a judgment of the Superior Court for King County, No. 83909, Gerard M. Shellan, J., entered March 28, 1978. *Dismissed* by unpublished opinion per Farris, J., concurred in by James and Ringold, JJ.

[No. 6561–1.   Division One.   May 21, 1979.]

THE STATE OF WASHINGTON, *Respondent,* v. JAMES ALVIN BARNARD, *Appellant.*

Appeal from a judgment of the Superior Court for King County, No. 84223, Gerard M. Shellan, J., entered March 31, 1978. *Affirmed* by unpublished opinion per James, J., concurred in by Farris and Ringold, JJ.